# STATE OF MICHIGAN

# COURT OF APPEALS

GABRIEL ROOKUS and SARAH ROOKUS,

Plaintiffs-Appellees,

v

RANDY MERREN AUTO SALES, INC., doing business as RANDY MERREN AUTO SALES OF IONIA,

Defendant-Appellant.

UNPUBLISHED
February 13, 2018

No. 336766
Kent Circuit Court
LC No. 16-000832-NO

Before: MARKEY, P.J., and M. J. KELLY and CAMERON, JJ.

M. J. KELLY, J. (*concurring*).

I concur in the result only.

/s/ Michael J. Kelly

-1-